# United States Court of Appeals
## For the Eighth Circuit
_____

No. 23-1002
_____

In re: Bryan S. Reichel, as surety for Rudy, Inc., as surety for Pure Choice, Inc., formerly doing business as America's Team Properties

*Debtor*

------------------------------

Bryan S. Reichel

*Appellant*

v.

Mary Jo Anne Jensen-Carter, U.S. Trustee

*Appellee*
_____

Appeal from United States Bankruptcy
Appellate Panel for the Eighth Circuit
_____

Submitted: June 12, 2023
Filed: June 23, 2023
[Unpublished]
_____

Before GRUENDER, SHEPHERD, and STRAS, Circuit Judges.
_____

PER CURIAM.

Bryan Reichel accuses the former United States Trustee of improperly seizing assets and allowing fraudulent claims in his now-closed bankruptcy case. The Bankruptcy Appellate Panel affirmed the bankruptcy court's[1] denial of various motions and its decision not to reopen the case. Having carefully reviewed the record and the arguments on appeal, we affirm the judgment.[2] *See, e.g.*, 11 U.S.C. § 101(5)(A) (providing that a "right to payment" need not be "reduced to judgment" or "undisputed" to count as a "claim"); Fed. R. Bankr. P. 3001(c)(2)(D)(ii) (authorizing the bankruptcy court to determine "appropriate relief" when a proof of claim lacks supporting information).

_____

[1]The Honorable Katherine A. Constantine, Chief Judge, United States Bankruptcy Court for the District of Minnesota.

[2]We also deny the pending motion for oral argument.